**David M. Carter (DC 2188)**
**Francesco Sardone (FS 5557)**
**CARTER, DELUCA, FARRELL & SCHMIDT, LLP**
**445 Broad Hollow Road, Ste 420**
**Melville, New York 11747**
**Tel: (631) 501-5700/Fax: (631) 501-3526**
**dcarter@cdfslaw.com**

**Cara R. Burns (CB 1071)**
**HICKS, MIMS, KAPLAN & BURNS**
**2800  28th Street, Ste 300**
**Santa Monica, California 90405**
**Tel: (310) 314-1721/Fax: (310) 314-1725**
**cburns@hmkblawyers.com**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____x

**LIVE NATION MERCHANDISE, INC.,**

      **Plaintiff,**

**v.**

**JOHN DOES 1-100, ET AL.,**

      **Defendants.**
_____x

**CASE NO: 2:18-cv-3468 SJF-SIL**

**NOTICE OF VOLUNTARY DISMISSAL**

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41 (a), Plaintiff voluntarily dismisses the above captioned action without prejudice.

Dated:  January 15, 2019

Respectfully submitted,
By: /s/ Francesco Sardone____
David M. Carter (DC 2188)
Francesco Sardone (FS 5557)
CARTER, DELUCA, FARRELL & SCHMIDT, LLP
445 Broad Hollow Road, Suite 420
Melville, New York 11747
Tel: (631) 501-5700/Fax: (631) 501-3526
dcarter@cdfslaw.com

Cara R. Burns (CB 1071)
HICKS, MIMS, KAPLAN & BURNS
2800  28th Street, Ste 300
Santa Monica, California 90405

Attorneys for Plaintiff